# Request for Information
# Checkpoint Friendly Laptop Bag

## 1. General Information
Document: Request for Information (RFI)

## 2. Contracting Office Address
Department of Homeland Security, Transportation Security Administration (TSA), 601 South 12th Street, Arlington, VA 22202

## 3. Background

Over a quarter of all air travelers now carry laptops with them when they pass through the TSA screening checkpoint. The TSA requirement to remove the laptop from the computer bag is a common complaint heard by TSA. Despite the inconvenience it poses to passengers, it is a necessary requirement in order to ensure that the x-ray image of the laptop is not further complicated by the superimposed images of the rest of the bags contents. If TSA was able to eliminate this requirement, it could lower passenger stress levels, increase checkpoint throughput, and reduce the number of claims TSA receives for laptops that have been damaged during screening[1].

## 4. Objectives

The overall objective of this RFI is to make the screening process for laptops more efficient for both passengers and TSOs. TSA is seeking prototype laptop computer bags and designs that would reduce, if not eliminate altogether, the unloading and repacking time of laptops at security checkpoints in airports. Specifically, TSA would like industry to create bag designs that would allow passengers to **not** remove their laptops from carry-on bags for security screening. By allowing passengers to keep their laptops in their computer or carry-on bags, TSA can further reduce wait times at the checkpoint and improve the overall passenger security experience.

Responders to this RFI will submit sample/prototype bags and designs to TSA. TSA will then review the sample/prototype bags and designs and use the submittals to evaluate whether it can eliminate the requirement to remove laptops from bags for certain types of bags.

## 5. Performance Criteria

TSA is seeking innovative prototypes for laptop bags that would accomplish the following performance criteria:

1. The bag and laptop can be viewed by the TSO in a single x-ray image (i.e., the laptop bag in scanning configuration would not exceed any one of the following dimension, 16in. H by 24in. W by 36in. L whereby the laptop will not need to be placed in a separate TSA bin.)
2. The bag allows for effective x-ray visualization and screening of the laptop by ensuring the following in its design:
    a. Transmission X-ray Image quality attainable by current TSA x-ray equipment shall not be degraded by the materials used in the bag design as measured in accordance with American Society of Testing and Materials (ASTM) F792-01 standard.
    b. The laptop image is clear and distinguishable from the bag (i.e., there can be no straps, pockets, zippers, handles, closures that interfere with the image of the laptop); and
    c. The laptop image is not shielded by the contents of the bag (i.e.., there can be no electronics, chargers, battery, stationary, wires, paper products and pens that interfere with the image of the laptop).
3. The bag has distinguishing, self-evident features that allow the TSO to identify that the laptop does not need to be removed from the bag. These features would include the physical design characteristics of the bag itself and not symbols or labeling.
4. Minimize the possibility that laptops could be damaged during the screening process or during normal handling.

TSA has internally discussed a few high-level design concepts. They are provided below as illustrative examples of possible solutions.
1. A bag that would open completely so that each side of the bag would lie horizontally on the x-ray belt. One side of the bag would be designed to hold the laptop and nothing else.
2. A bag that would open completely so that each side of the bag would lie horizontally on the x-ray belt. Opening both sides of the bag would expose the laptop in the middle of the bag being held vertically by clips.
3. A bag that would contain the laptop in a separate compartment from other equipment like chargers and cables. The accessories would be in a separate compartment.

## 6. Evaluation Process

There will be seven steps to the Checkpoint Friendly Laptop Bag development process.

1. No later than 45 days after the posting of this RFI interested companies shall submit a white paper detailing company's intention to provide TSA with prototype bags. The white paper shall include high-level descriptions of the types of bags that the company plans to submit, contact information, an expected timeline for submitting the bags, and how the contractor will meet criteria 1 through 4 listed in Section 5 (Performance Criteria) of this public

2

announcement. The white paper should also identify the company's desire to meet with TSA to discuss technical issues associated with bag development.

2. The TSA will review the white paper submissions and evaluate each vendor against the four criteria listed in Section 5 (Performance Criteria). The TSA will select those vendors who have satisfactorily met the requirements to submit prototype bags for review. Companies will be notified in writing within two weeks after submission if the bag concepts are acceptable or not acceptable for testing. If the bag concepts are acceptable for testing, TSA will invite the company to TSA headquarters to have a technical discussion around TSA screening equipment and TSO needs associated with laptop bags.

3. No later than 90 days after the posting of this RFI companies shall submit no more than three (3) bag prototypes to the TSA. The bag prototypes should be accompanied by written explanations verifying how all four of the performance criteria are met.

4. TSA officials will conduct initial reviews of the prototypes to evaluate if the criteria are met. Companies will be notified in writing of eligibility approximately two business weeks after the prototype bags are received by the TSA.

5. If the criteria are met, the prototype bags will be further tested using both single view, multi-view, and computed tomography x-ray screening equipment to determine if the images of the computers have sufficient resolution, clarity and are not shielded by the other contents of the bag.

6. TSA will use the results of the tests to evaluate whether it can eliminate the requirement to remove laptops from bags for certain types of bags.

## 7. Point of Contact

Responses shall be prepared using 12 pt. font, 1 inch margin and 8.5" x 11" paper, and shall not exceed ten (10) pages in length, including all images, data displays, charts, graphs, and tables. Offerors must submit either a hard- copy or electronic version. The electronic version must be submitted in PDF format or in read-only Word documents. Responses must be received by Melissa Conley no later than April 17, 2008 3:00 P.M. EST (Eastern Standard Time) (see note).

This announcement is for information purposes only and shall not be construed as a commitment or a promise of a contract by the Government. This announcement does not commit the Government to pay any costs incurred in the submission of responses.

Those companies having questions regarding this Request for Information must submit them no later than ten (10) business days after the posting date of this notice via email to: melissa.conley@dhs.gov.

Melissa Conley
Office of Acquisitions
Melissa.Conley@dhs.gov

Mailing Address:
Transportation Security Administration
601 South 12th Street, TSA 25
Attn: Melissa Conley
Arlington, Virginia 22202

*Note: Priority and "express" mail delivery times ( to include FedEx, UPS, DHL, and others) to the TSA are usually 3-4 days longer than standard delivery times for these types of mail. Standard USPS mail generally arrives as fast, if not faster, than all other types of mail.*

4

Exhibit A
21